CENTRAL OF GEORGIA RAILWAY COMPANY <i>v.</i> WALLACE.

This case being for decision by a full bench, and the six Justices being evenly divided in opinion, the judgment stands affirmed by operation of law.

Argued July 6, — Reargued October 5, — Decided December 14, 1903.

Action for damages.     Before Judge Reid.     City court of Atlanta.     December 13, 1902.

*Dorsey, Brewster & Howell* and *Howell C. Erwin,* for plaintiff in error.     *Hoke Smith & H. C. Peeples* and *J. J. Hastings,* contra.